AUGUSTUS PRENTICE AND CATHARINE A. PRENTICE HIS WIFE, RESPONDENTS, *v.* MARY ANN JANSSEN AND GERHARDT JANSSEN HER HUSBAND, APPELLANTS.

*Equity — joinder of causes of action in — Partition of real and personal property.*

APPEAL from an order made at the Special Term overruling a demurrer to the complaint, on the ground that it improperly united several causes of action.

The complaint alleges that the plaintiff Augustus Prentice and the defendant Mary Ann Janssen own certain premises in Richmond county, as tenants in common. That there is a hotel on the premises, fully furnished, and that the parties own the furniture in the same proportions as they own the real; that Prentice has expended money on the property at various times, with the assent of Mrs. Janssen, to a large amount. The plaintiff asks that the real estate be partitioned; that the personal property be partitioned, and that an accounting be taken between the joint owners.

The General Term *held*, that the demurrer was properly overruled; that it is within the jurisdiction of a court of equity to partition personal property, and that when justice requires that real and personal estate be sold together, and the proceeds divided, it should be within its province to do so in one action.

*C. Bainbridge Smith*, for the appellant. *A. Prentice*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and TALCOTT, J. PRATT, J., not sitting.

Order overruling demurrer affirmed, with costs.